IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR D'ALFONSO, <br><br> Plaintiff <br><br> vs. <br><br> SRGT REDDINGER, et al., <br><br> Defendants | 1:21-CV-00280-RAL <br><br> RICHARD A. LANZILLO <br> UNITED STATES MAGISTRATE JUDGE <br><br> ORDER ON DEFENDANTS' MOTION TO DISMISS <br><br> ECF NO 22 |

ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' partial motion to dismiss [ECF No. 22] is granted. Plaintiff's official capacity claims, state law assault and battery claim, and Eighth Amendment conditions of confinement claim are each dismissed. Plaintiff's excessive force and failure to protect claims may proceed to discovery.

DATED this 5th day of August, 2022.

BY THE COURT:

_____
RICHARD A. LANZILLO
UNITED STATES MAGISTRATE JUDGE

1